UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                    5:97cr00020-06 LAC

JASON R. ALDERMAN

### JUDGMENT OF ACQUITTAL BY THE COURT

The Court having heard the testimony in this case and having determined that there is insufficient evidence to justify a judgment of conviction, it is upon consideration, hereby

ORDERED;

**JUDGMENT OF ACQUITTAL** of the defendant as to Counts 1, 4 and 6 of the Indictment be and is hereby entered.

DONE AND ORDERED this 18th day of August, 1997.

_____
Lacey A. Collier
U.S. District Judge

CERTIFIED A TRUE COPY
ROBERT A. MOSSING, CLERK
By: _____
Deputy Clerk

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN DIST. FLA.
PENSACOLA

97 AUG 18 PM 2: 39

FILED